**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KAITLIN ANDRUS,

        Plaintiff,

    v.

CITIBANK, N.A.; EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS UNION, LLC,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:25-cv-06376-JSR

**STIPULATION AND
[PROPOSED]
ORDER OF DISMISSAL
WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kaitlin Andrus

and Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and

Trans Union, LLC (collectively, the "Settling Defendants"), by and through their respective

counsel, as follows:

1. Plaintiff and the Settling Defendants have reached settlements-in-principle

resolving all claims between them in this action.

2. All claims and counterclaims, if any, asserted in this action by Plaintiff against the

Settling Defendants, and by the Settling Defendants against Plaintiff, are hereby dismissed

without prejudice and without costs or attorneys' fees to any party.

3. This stipulation of dismissal is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. The Court shall retain jurisdiction over this matter for a period of forty-five (45)

days from the date of this Order for the limited purpose of permitting any party to move to

reopen this action in the event that the settlement is not consummated. Any such motion must be filed within forty-five (45) days of the date of this Order.

5.      This stipulation does not affect the claims against Defendant Citibank, N.A., which have been referred to arbitration and are currently stayed.

**FOR PLAINTIFF:**

Dated: April 8, 2026

*/s/ Martin Bienstock*
Martin Bienstock
Bienstock PLLC
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 908-6601
MBienstock@BienstockPLLC.com

*Attorney for Plaintiff Kaitlin Andrus*

**FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC:**

Dated: April 8, 2026

*/s/ Heather Sharp*
Heather H. Sharp
Seyfarth Shaw LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
(404) 885-1500
hsharp@seyfarth.com

*Attorney for Defendant Equifax Information Services LLC*

**FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.:**

Dated: April 8, 2026

*/s/    William Quaranta*

William Quaranta
Jones Day
250 Vesey Street
New York, NY 10281
wquaranta@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*

**FOR DEFENDANT TRANS UNION, LLC:**


Dated: April 8, 2026

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
(317) 497-5600
cnicodemus@qslwm.com

*Attorney for Defendant Trans Union, LLC*


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SO ORDERED.**


Dated: New York, New York
_____, 2026


_____
Hon. Jed S. Rakoff
United States District Judge