Docusign Envelope ID: E3EEB69D-009C-4BE8-85DD-7868757380A5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KAITLIN ANDRUS,

      *Plaintiff*,

      v.

CITIBANK, N.A. , EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., AND TRANS UNION,
LLC,

      *Defendants*.

Civil Action No.: 1:25-cv-06376-JSR

### STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, counsel for Plaintiff and Experian Information Solutions, Inc. ("Defendant"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff dismisses this action with prejudice and without costs as against Defendant only. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

Dated: July 1, 2026

_____
William Quaranta
Jones Day
250 Vesey Street
New York, NY 10281
T: 212.326.3659
E: wquaranta@jonesday.com
*Attorneys for Defendants Experian Information Solutions, Inc.*

Dated: _____

Martin Bienstock
Bienstock PLLC
15 West 38th Street, Suite 628
New York, NY 10018
T: 518-516-1840
E: mbienstock@bienstockpllc.com

*Attorneys for Plaintiff*

**SO ORDERED.**

_____
Hon. Jed S. Rakoff, U.S.D.J.

9